AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Oklahoma

Metropolitan Life Insurance Company

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: **05CV0448 TCK-FHM**

Laura Logan, Daniel Logan, Bill Logan and Bonnie Schindler

TO: (Name and address of defendant)

Bonnie Schindler

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee DeMoss
Gable & Gotwals
1100 ONEOK Plaza
100 W. 5th St.
Tulsa, Oklahoma 74103

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PHIL LOMBARDI
CLERK

AUG 0 4 2005
DATE

(BY) DEPUTY CLERK

(SEAL)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Oklahoma

Metropolitan Life Insurance Company

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

**05CV0448TCK-FHM**

Laura Logan, Daniel Logan, Bill Logan and Bonnie Schindler

TO: (Name and address of defendant)

Bill Logan

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee DeMoss
Gable & Gotwals
1100 ONEOK Plaza
100 W. 5th St.
Tulsa, Oklahoma 74103

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 0 4 2005

PHIL LOMBARDI
CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Oklahoma

Metropolitan Life Insurance Company

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

Laura Logan, Daniel Logan, Bill Logan and Bonnie Schindler

05CV0448 TCK-FHM

TO: (Name and address of defendant)

Daniel Logan

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee DeMoss
Gable & Gotwals
1100 ONEOK Plaza
100 W. 5th St.
Tulsa, Oklahoma 74103

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 0 4 2005

PHIL LOMBARDI
CLERK

DATE

(SEAL)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Oklahoma

Metropolitan Life Insurance Company

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Laura Logan, Daniel Logan, Bill Logan and
Bonnie Schindler

**05CV0448 TCK-FHM**

TO: (Name and address of defendant)

Laura Logan

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee DeMoss
Gable & Gotwals
1100 ONEOK Plaza
100 W. 5th St.
Tulsa, Oklahoma 74103

an answer to the complaint which is herewith served upon you, within twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 0 4 2005

PHIL LOMBARDI
CLERK

(BY) DEPUTY CLERK

(SEAL)